Don **SMITH,** Respondent,

v.

**EMERSON ELECTRIC COMPANY,**
Appellant.

No. 65028.

Missouri Court of Appeals,
Eastern District,
Division One.

June 28, 1994.

■

William J. McCluggage, St. Louis, for appellant.

Jeffrey Ray Swaney, St. Louis, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Employer appeals the Commission's decision awarding workers' compensation benefits to Claimant. We affirm. We find the Commission's decision is supported by competent and substantial evidence on the whole record. Rule 84.16(b)(4). We further find no error of law appears. Rule 84.16(b)(5). An opinion in this case would have no precedential value; therefore, we affirm by written order. A memorandum has been issued to the parties for their use only.